UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TOLAND INTERNATIONAL LTD<br>and MARKETING RESOURCE GROUP, INC.<br>d/b/a TOLAND HOME GARDEN,<br><br>Plaintiffs,<br><br>v.<br><br>PH TECHNOLOGIES, LLC and<br>PHILIP S. HORVATH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO. 3:17-CV-336-PPS-MGG<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs' Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) [DE 5] is **SO ORDERED** and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED**.

**SO ORDERED**.

ENTERED: October 13, 2017.

 s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**